In the Matter of the Claim of MICHAEL DE VITO, Respondent, against WEST VIRGINIA PULP & PAPER Co., Appellant. WORKMEN'S COMPENSATION BOARD, Respondent.—

Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ., concur.